1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10   WENDY CURRAN,                    )
                                      )   2:08-cv-00714-GEB-GGH
11            Plaintiff,              )
                                      )   ORDER CONTINUING STATUS
12        v.                          )   (PRETRIAL SCHEDULING)
                                      )   CONFERENCE and FED. R. CIV.
13   FEDEX GROUND, INC., a corporation; )  P. 4(m) NOTICE
     FEDEX, INC., a corporation; KELLY )
14   SMITH, an individual; ZOLTAN (last )
     name unknown), an individual; and )
15   DOES 1 to 50, inclusive,         )
                                      )
16            Defendants.             )
                                      )
17   _____)

18          Plaintiff's Status Report filed July 7, 2008, reveals

19   this case is not ready to be scheduled.  Therefore, the Status

20   (Pretrial Scheduling) Conference set for July 21, 2008, is

21   continued to September 29, 2008, at 9:00 a.m. in courtroom 10.  A

22   further joint status report shall be filed no later than 14 days

23   prior to the status conference.[1]

24

25

26          [1]     The failure of one or more of the parties to participate in
     the preparation of the Joint Status Report does not excuse the other
27   parties from their obligation to timely file a status report in
     accordance with this Order.  In the event a party fails to participate
28   as ordered, the party timely submitting the status report shall include
     a declaration explaining why it was unable to obtain the cooperation of
     the other party or parties.

Plaintiff is notified that Defendants Zoltan Fristes and Kelley Smith may be dismissed without prejudice under Fed. R. Civ. P. 4(m) if they are not served within Rule 4(m)'s 120 day service period.  To avoid dismissal proof of service shall be filed no later than August 4, 2008.

If Plaintiff believes she has good cause to justify extension of Rule 4(m)'s 120-day service period for either or both Defendants, she shall file a declaration no later than August 4, 2008, showing good cause why that Defendant should not be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  July 9, 2008

GARLAND E. BURRELL, JR.
United States District Judge