1 | MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.
(incorrectly identified as "FedEx Ground Ground, Inc.")

CHRISTOPHER B. DOLAN, State Bar No.165358
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, CA 94102
Tel: 415.421.2800
Fax: 415.421.2830

Attorneys for Plaintiff
WENDY CURRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CURRAN<br><br>           Plaintiff,<br><br>           vs.<br><br>FEDEX GROUND INC., a corporation; FEDEX INC., a corporation; KELLY SMITH, an individual; ZOLTAN (last name unknown), an individual; and DOES 1 to 50, inclusive<br><br>           Defendants. | Case No. 2:08-CV-00714-GEB-GGH<br><br>**STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint filed:   February 13, 2008<br>Trial Date:            TBD |

DB2/20779034.2                                                                       Case No. 2:08-CV-00714-GEB-GGH

STIPULATION TO REMAND CASE TO STATE COURT

1    IT IS HEREBY STIPULATED by and between the Parties, through their respective

2 counsel of record, and subject to the approval of this Court, as follows:

3    WHEREAS, on April 4, 2008, Defendant FedEx Ground Package System, Inc. ("FedEx

4 Ground") removed this case from Solano County State Court to the United States District Court,

5 Eastern District of California on the basis of diversity jurisdiction.  FedEx Ground's removal was

6 premised on the ground that complete diversity pursuant to 28 U.S.C. Section 1332 existed

7 between Plaintiff Wendy Curran ("Plaintiff") and FedEx Ground, as Plaintiff is a citizen of

8 California and FedEx Ground is incorporated in Delaware and has its principal place of business

9 in Pennsylvania.  FedEx Ground further argued that the individual Defendants, Kelly Smith and

10 Zoltan Fristes ("individual Defendants") were fraudulently joined and that their presence should

11 be disregarded for purposes of determining removal jurisdiction.

12    WHEREAS, on July 3, 2008, Plaintiff, through her counsel, filed a Motion for Remand.

13 In that Motion, Plaintiff argued and presented evidence that complete diversity did not exist, that

14 FedEx Ground has its principal place of business in California as that is the state within which the

15 predominance of its business operations occurs, and the individual Defendants were not

16 fraudulently joined.

17    WHEREAS, the Parties have a good faith dispute on these issues.  Accordingly, after

18 meeting and conferring on the issue of remand, and in order to move the case forward

19 expeditiously, the Parties, through their undersigned respective counsel, stipulate and request that

20 the Court approve the following Order:

21    1. Plaintiff agrees to withdraw her Motion for Remand currently set for August 11,
22       2008.
23    2. The parties stipulate to remand the matter to the Solano County Superior Court.
24    3. Defendant FedEx Ground stipulates that Defendant Kelley Smith was acting
25       within the course and scope of his employment at FedEx Ground when he
26       allegedly engaged in the conduct outlined in Plaintiff's Complaint.
27    4. Plaintiff stipulates to dismiss Defendant Kelly Smith from the present action with

28

prejudice.

5. Plaintiff stipulates to dismiss Defendant Zoltan Fristes from the present action without prejudice.

6. Each party is to bear its own attorneys' fees and costs in connection with the removal and remand motion.

DATED: July 28, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By _____/S/_____
Melinda S. Riechert
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.
(incorrectly identified as "FedEx Ground Ground, Inc.")

Dated: July 28, 2008                    THE DOLAN LAW FIRM

By _____/S/_____
Christopher B. Dolan
Attorneys for Plaintiff
WENDY CURRAN

# **ORDER**

Pursuant to this Stipulation, it is ORDERED:

1. Defendant. Kelley Smith is dismissed from the action with prejudice.

2. Defendant Zoltan Fristes is dismissed from the action without prejudice.

3. This action is remanded to the Solano County Superior Court.

4. The parties to bear their own attorneys' fees and costs in connection with the removal and remand motion.

Dated: 8/4/08

GARLAND E. BURRELL, JR.
U.S. District Judge